```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       JACKSON DIVISION
```

**C. H. JACKSON**                                                      **PLAINTIFF**

**VS.**                                       **CIVIL ACTION NO. 3:05CV148-WHB-JCS**

**CHRISTOPHER EPPS, ET AL**                                          **DEFENDANTS**

---

## FINAL JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about August 9, 2006, and the Court, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this cause should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 14th day of September 2006.

                              s/William H. Barbour, Jr.
                              UNITED STATES DISTRICT JUDGE